PROB 12C
(7/93)

Report Date: February 26, 2014

# United States District Court

## for the

## Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Raul Salazar                Case Number: 0980 2:10CR06012-001

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Robert H. Whaley, Senior U.S. District Judge

Date of Original Sentence: December 8, 2010

| | | | |
|---|---|---|---|
| Original Offense: | Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1) | | |
| Original Sentence: | Prison 10 months; TSR - 36 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Thomas J. Hanlon | Date Supervision Commenced: | December 7, 2011 |
| Defense Attorney: | Nicholas W. Marchi | Date Supervision Expires: | December 6, 2014 |

## PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime. |

**Supporting Evidence**: Raul Salazar is considered in violation of his period of supervised release by committing the offenses of negligent driving and driving with a suspended license on or prior to December 15, 2013.

On December 15, 2013, the defendant was contacted by a trooper with the Washington State Patrol. The defendant was cited for negligent driving in the 2nd degree. A guilty finding was entered on February 5, 2014, under case number 3z0981236.

On December 15, 2013, during the same traffic stop, the defendant was cited for driving without a license in the 3rd degree under case number 3z0981237. The defendant failed to appear for his arraignment on January 29, 2014, and a bench warrant was issued. The defendant eluded the service of his state warrant until he was arrested on the Federal bench warrant which was requested in the first violation report dated February 5, 2014. The defendant is next scheduled to appear in Franklin County District Court on February 26, 2014.

Prob12C  
Re: Salazar, Raul  
February 25, 2014  
Page 2

      6      **Standard Condition #11:** The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer.

            **Supporting Evidence:** Raul Salazar is considered in violation of his period of supervised release by failing to report law enforcement contact on or prior to December 15, 2013.

            As noted above, the defendant was contacted by the Washington State Patrol on December 15, 2013, and cited. He failed to disclose this contact until it was brought to his attention on February 13, 2014.

The U.S. Probation Office respectfully recommends the Court address the allegations contained in this petition at the supervised release violation hearing scheduled for March 11, 2014.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   02/26/2014

s/David L. McCary

David L. McCary  
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action  
[ ] The Issuance of a Warrant  
[X] The Issuance of a Summons  
[ ] Other

*Robert H. Whaley*

Signature of Judicial Officer

February 26, 2014

Date