PROB 12C
(7/93)

Report Date: July 14, 2014

# United States District Court

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 22, 2014

SEAN F. McAVOY, CLERK

for the

Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Raul Salazar                Case Number: 0980 2:10CR06012-001

Address of Offender: ████████████████████████████████

Name of Sentencing Judicial Officer: The Honorable Robert H. Whaley, Senior U.S. District Judge

Date of Original Sentence: December 8, 2010

Original Offense: Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1)

| | | | |
|---|---|---|---|
| Original Sentence: | Prison 10 months; TSR - 36 months | Type of Supervision: Supervised Release | |
| Asst. U.S. Attorney: | Alexander Carl Ekstrom | Date Supervision Commenced: December 7, 2011 | |
| Defense Attorney: | Diane E. Hehir | Date Supervision Expires: December 6, 2014 | |

### PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 02/05/2014 and 02/25/2014. The new hearing date is pending by the Court.

The probation officer believes that the offender has violated the following conditions of supervision:

Violation Number    Nature of Noncompliance

6    **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.

**Supporting Evidence**: Raul Salazar is considered in violation of his period of supervised release by committing the offense of Driving with a Suspended License on or prior to June 20, 2014.

On June 20, 2014, a Benton County Sheriff's deputy recognized the defendant driving a vehicle and checked his driving status. It was found the defendant was suspended in the third degree. The defendant was contacted and provided a citation under case number 4Z0128815. The defendant last appeared in Benton County District Court on July 11, 2014. The matter is ongoing.

7  **Standard Condition # 2**: The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month.

**Supporting Evidence**: Raul Salazar is considered in violation of his period of supervised release by failing to report and supply a monthly report as directed on April 7, 2014, and July 10, 2014.

On April 7, 2014, the defendant was scheduled to report to the probation office in Richland. The defendant failed to call or report in person. It was not until the defendant was contacted by this officer on April 18, 2014, that he reported.

On July 7, 2014, the defendant was scheduled to report to the probation office in Richland but he called to get approval to report the next day as he had work conflicts. That evening the defendant was contacted at his residence and provided a monthly report to fill out and mail back. It was not until July 14, 2014, when a message was sent to the defendant asking for the report that his girlfriend hand delivered it to the probation office.

8  **Special Condition # 16**: You shall undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare. You shall contribute to the cost of treatment according to your ability to pay. You shall allow full reciprocal disclosure between the supervising officer and treatment provider.

**Supporting Evidence**: Raul Salazar is considered in violation of his period of supervised release by failing to report for chemical dependency treatment on May 20, 2014; June 3, 2014; and June 10, 2014.

On each occasion the defendant stated he had conflicts with work. June 10, 2014, was the only session the defendant attempted to get prior approval to miss his chemical dependency treatment. He was instructed to contact First Step Community Counseling to let them know he would not be able to attend his session. The defendant failed to contact First Step Community Counseling; therefore, it was considered an unexcused absence.

9  **Special Condition # 17**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Raul Salazar is considered in violation of his period of supervised release by failing to report for random urinalysis testing on April 23, 2014 and May 28, 2014.

The defendant stated he simply was late to arrive for his urinalysis test on April 23, 2014. The defendant stated he worked some long hours and forgot to report for the urinalysis test on May 28, 2014.

Prob12C
Re: Salazar, Raul
July 14, 2014
Page 3

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  07/14/2014

s/David L. McCary

David L. McCary
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[X]  Defendant to appear before the Judge assigned to the case.
[ ]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

July 22, 2014

Date